■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE E. OLMSTEAD JR., Appellant. [892 NYS2d 920]—Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered February 9, 2009, convicting defendant upon his plea of guilty of the crime of driving while intoxicated.

In April 2008, defendant was charged in an indictment with two counts of driving while intoxicated. Before the case proceeded to trial, defendant pleaded guilty to one count of driving while intoxicated in full satisfaction of said indictment and he waived his right to appeal. In accordance with the plea agreement, he was sentenced to 1 to 3 years in prison on this charge. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Mercure, Rose, Kavanagh and Stein, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.